**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 10, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00475-CV
_____

**COMERICA BANK SUCCESSOR TO STERLING BANK, Appellant**

**V.**

**RICHARD C. FORD, JR., Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 875616**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 16, 2019. On September 30, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.